William Murrell MARTIN, Jr.,
Petitioner–Appellant,

v.

Alton BASKERVILLE, Warden,
Respondent–Appellee.

No. 02–7886.

United States Court of Appeals,
Fourth Circuit.

Submitted Jan. 31, 2003.

Decided Feb. 20, 2003.

William Murrell Martin, Jr., Appellant Pro Se. Eugene Paul Murphy, Office of the Attorney General of Virginia, Richmond, Virginia, for Appellee.

Before WILKINS, Chief Judge, TRAXLER, Circuit Judge, and HAMILTON, Senior Circuit Judge.

Dismissed by unpublished PER CURIAM opinion.

PER CURIAM.

William Murrell Martin, Jr., seeks to appeal the district court's order accepting the recommendation of the magistrate judge and denying relief on his petition filed under 28 U.S.C. § 2254 (2000). We have reviewed the record and conclude that Martin has not made a substantial showing of the denial of a constitutional right. Accordingly, we deny a certificate of appealability and dismiss the appeal. *See* 28 U.S.C. § 2253(c) (2000). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*DISMISSED.*